The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEONARD C. LINDSAY and CARL E.W. ZEHNER,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CARNIVAL CORPORATION, CARNIVAL PLC, HOLLAND AMERICA LINE, INC., HOLLAND AMERICA LINE-U.S.A., INC.,<br><br>                    Defendants. | CASE NO: 2:20-cv-00982-TSZ<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO EXCHANGE INITIAL DISCLOSURES** |

Counsel for Plaintiffs Leonard Lindsay and Carl Zehner ("PLAINTIFFS"), counsel for Defendants CARNIVAL CORPORATION and CARNIVAL PLC (collectively "CARNIVAL), and counsel for defendants HOLLAND AMERICA LINE INC. and HOLLAND AMERICA LINE-USA INC. (collectively "HAL") met and conferred pursuant to FRCP 26(f) on September 18, 2020. At the parties' FRCP 26(f) conference on September 18, 2020, the parties agreed that they required additional time to complete Initial Disclosures due to the inherent complexities presented by the scale and international aspects of this case.

Stip and Order to Extend Time to Exch Initial Discls.
(Case No: 2:20-cv-00982-TSZ) Page - 1

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
(562) 435-2626

Pursuant to United States Magistrate Judge Theresa L. Fricke's original order on July 6, 2020, the deadline for Initial Disclosures pursuant to FRCP 26(a)(1) is Friday, September 25, 2020. *See* Dkt. No. 13 (Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement). The parties wish to extend this deadline by two weeks to allow additional time to complete the disclosures. This extension will not affect any other deadlines in this case.

THEREFORE it is stipulated and agreed by PLAINTIFFS, CARNIVAL, AND HAL that all parties may have until October 9, 2020 to exchange their Initial Disclosures under FRCP 26(a)(1).

Date:  September 23, 2020				TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Kim D. Stephens*
Kim D. Stephens, WSBA #11984

By: *s/ Jason T. Dennett*
Jason T. Dennett, WSBA #30686

By: *s/Rebecca L. Solomon*
Rebecca L. Solomon, WSBA #51520

Attorneys for Plaintiffs
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
Telephone:  206.682.5600/Fax: 206.682.2992
Email: kstephens@tousley.com
         jdennett@tousley.com
         rsolomon@tousley.com

/ / /

/ / /

Stip and Order to Extend Time to Exch Initial Discls.
(Case No: 2:20-cv-00982-TSZ) Page - 2

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
(562) 435-2626

Date: September 23, 2020               FLYNN, DELICH & WISE LLP

By: *s/Nicholas S. Politis*
    Nicholas S. Politis, WSBA #50375
    Attorneys for Defendants
    Flynn, Delich & Wise LLP
    One World Trade Center, Suite 1800
    Long Beach, CA 90831-1800
    Telephone: (562) 435-2626
    Email: nicholasp@fdw-law.com

**ORDER**

IT IS SO ORDERED.

Dated this 24th day of September 2020.

_____
Thomas S. Zilly
United States District Judge

Presented by:

FLYNN, DELICH & WISE LLP

*s/Nicholas S. Politis*
Nicholas S. Politis, WSBA #50375
Attorneys for Defendants
Flynn, Delich & Wise LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
Telephone: (562) 435-2626
Email: nicholasp@fdw-law.com

Stip and Order to Extend Time to Exch Initial Discls.
(Case No: 2:20-cv-00982-TSZ) Page - 3

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
(562) 435-2626