HONORABLE THOMAS S. ZILLY

1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF WASHINGTON
9                            AT SEATTLE

10

11   LEONARD C. LINDSAY and            C20-982 TSZ
     CARL E.W. ZEHNER,
12                                     **STIPULATED MOTION AND**
                 Plaintiffs,           **ORDER TO EXTEND DEADLINE**
13                                     **TO FILE MOTION FOR CLASS**
            v.                         **CERTIFICATION**
14
     CARNIVAL CORPORATION,
15   CARNIVAL PLC , HOLLAND
     AMERICA LINE, INC., HOLLAND
16   AMERICA LINE – U.S.A., INC.,

17               Defendants.

18

19          The parties, by and through counsel, file this Stipulated Motion and Order to Extend

20   Deadline to File Motion for Class Certification pursuant to LCR 23(i)(3) as follows:

21          1.      Plaintiffs filed their original Class Action and Individual Complaint for Damages

22   June 24, 2020, individually and on behalf of similarly situated persons, seeking damages for

23   injuries sustained in connection with the COVID pandemic while on board the MS Zaandam

24   passenger-cruise ship. (Dkt. 1).

25          2.      On August 25, 2020, after Defendants appeared but before a responsive pleading

26   was filed, the Parties filed a stipulation allowing Plaintiffs to file a First Amended Complaint by

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION                                    1
C20-982 TSZ

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 ● FAX 206.682.2992

September 11, 2020. (Dkt. 21). The stipulation further provided that Defendants would have until October 2, 2020 to file a motion under Fed. R. Civ. P. 12, with a noting date of November 6, 2020. This Stipulation was granted by United States Magistrate Judge Theresa L. Fricke on August 27, 2020. (Dkt. 24).

3.      Plaintiffs filed their First Amended Individual Complaint and Complaint – Class Action for Damages on September 11, 2020. (Dkt. 26). Defendants filed a motion to dismiss under Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 23(d)(1)(D) on November 2, 2020. (Dkt. 37).

4.      On September 22, 2020, Judge Gary Klausner issued a ruling on a motion to dismiss in another COVID-19 cruise line case, *Archer et al. v. Carnival Corporation and PLC et al.,* 2:20-cv-04203-RGK-SK (C.D. Cal. Sept. 22, 2020) in which the court dismissed, without prejudice, several of the same claims at issue in this case. After conferring with Defendants' counsel and reviewing Defendants' motion to dismiss, the Parties stipulated that the most efficient procedure would for Defendants to withdraw their pending Motion to Dismiss and modify the pleading the schedule to allow Plaintiffs to file a Second Amended Complaint to address some changes to the parties and address the issues raised in the *Archer* ruling.

5.      On October 21, 2020, the Parties filed a Stipulation and [Proposed] Order to Amend Pleading Schedule requesting leave for Plaintiffs to file a Second Amended Complaint by October 30, 2020. (Dkt. 45). The parties further stipulated that Defendants should have until November 20, 2020 to file a responsive pleading or motion under Rule 12; that Plaintiffs' should file any response to a motion to dismiss by December 11, 2020; and that Defendants' shall file any reply by the noting date of December 25, 2020. This Stipulation was granted by a Minute Entry on October 30, 2020.

6.      Plaintiffs filed their Second Amended Class Action and Individual Complaint for Damages on October 30, 2020. (Dkt. 46). Defendants filed their Motion to Dismiss on November 20, 2020. (Dkt. 50). Pursuant to the Stipulation and Court's order, the briefing on this Motion

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION
C20-982 TSZ

2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

will be completed on December 25, 2020.

7.      Pursuant to LCR 23(i)(3), "within one hundred eighty days after the filing of a complaint in a class action, unless otherwise ordered by the court or provided by statute, the plaintiff shall move for determination under Fed. R. Civ. P. 23(c)(1), as to whether the case is to be maintained as a class action."

8.      To date, no scheduling order has been issued by the Court.

9.      Based on the original complaint filing date, the deadline for Plaintiffs to move for class certification under the Local Rules is December 21, 2020. If the date is calculated from the First Amended Complaint, the deadline would be March 10, 2021; and if calculated from the Second Amended Complaint, the deadline would be April 28, 2021.

10.     The Parties stipulate that the deadline for filing a motion for class certification should be extended and set for sixty (60) days after the Court issues its ruling on Defendants' Motion to Dismiss.

11.     This extension is sought for good cause. The Parties previously stipulated that Plaintiffs could amend their complaint on two occasions to preemptively address issues that were raised by Defendants and by the *Archer* ruling. No scheduling order has been issued and no discovery has occurred. Currently, the noting date for Defendants' Motion to Dismiss is not until four days *after* the deadline for Plaintiffs to file a motion for class certification. As a result, the Parties do not know which claims will proceed. Accordingly, if Plaintiffs filed a motion for class certification on December 21, 2020, portions of it could be mooted by a subsequent ruling on Defendants' Motion to Dismiss. Given the posture of the case, an extension of the deadline to file a motion for class certification is warranted to address the preliminary pleading issues and to allow the parties to commence discovery.

12.     The Parties therefore request that the Court extend the deadline for Plaintiffs to file a motion for class certification to sixty (60) days after the Court issues its ruling on

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION
C20-982 TSZ

3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1
2   Defendants' Motion to Dismiss or some other later date, subject to modification and further
3   extension in future scheduling orders.

4   Dated: December 15, 2020          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

5                                     By: */s/ Christopher E. Coleman*
6                                          Christopher E. Coleman

7                                     Mark P. Chalos (*pro hac vice*)
                                      Email: mchalos@lchb.com
8                                     Kenneth S. Byrd (*pro hac vice*)
                                      Email: kbyrd@lchb.com
9                                     Christopher E. Coleman (*pro hac vice*)
                                      Email: ccoleman@lchb.com
10                                    222 2nd Avenue South, Suite 1640
                                      Nashville, TN 37201
11                                    Telephone: 615.313.9000
                                      Facsimile: 615.313.9965
12
                                      TOUSLEY BRAIN STEPHENS PLLC
13                                    Jason T. Dennett, WSBA #30686
                                      Email: jdennett@tousley.com
14                                    Kim D. Stephens, WSBA #11984
                                      Email: kstephens@tousley.com
15                                    Rebecca L. Solomon, WSBA #51520
16                                    1700 Seventh Avenue, Suite 2200
                                      Seattle, Washington 98101
17                                    Telephone: 206.682.5600
                                      Facsimile: 206.682.2992
18
                                      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
19                                    Elizabeth J. Cabraser (*pro hac vice*)
                                      Email: ecabraser@lchb.com
20                                    Jonathan D. Selbin (*pro hac vice*)
                                      Email: jselbin@lchb.com
21                                    275 Battery Street, 29th Floor
                                      San Francisco, CA 94111-3339
22                                    Telephone: 415.956.1000
                                      Facsimile: 415.956.1008
23

24

25

26

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION                                    4
C20-982 TSZ

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1                           BARRETT JOHNSTON MARTIN & GARRISON, LLC
                        David W. Garrison

2                           Email: dgarrison@barrettjohnston.com
                        Philips Plaza

3                           414 Union Street, Suite 900
                        Nashville, TN 37219

4                           Telephone: 615.244.2202
                        Facsimile: 615.252.3798

5

6                           *Attorneys for Plaintiffs and the Proposed Class*

7   Dated: December 15, 2020         FLYNN, DELICH & WISE LLP

8                           By: */s/ Nicholas S. Politis*
                        Nicholas S. Politis, WSBA #50375

9                           One World Trade Center, Suite 1800

10                          Long Beach, CA 90831-1800
                        Telephone: (562) 435-2626

11                          Email: nicholasp@fdw-law.com

12                          *Attorney for Defendants, Holland America*
                        *Line, Inc., Holland America Line – USA, Inc.,*

13                          *Carnival Corporation and Carnival plc*

14                          ARNOLD & PORTER KAYE SCHOLER LLP

15                          By: */s/ Jonathan W. Hughes*

16                          Jonathan W. Hughes
                        Three Embarcadero Center, 10th Floor

17                          San Francisco, CA 94111
                        Telephone: (415) 471-3100

18                          Facsimile: (415) 471-3400

19                          Email: jonathan.hughes@arnoldporter.com

20                          ARNOLD & PORTER KAYE SCHOLER LLP
                        David J. Weiner*

21                          601 Massachusetts Ave., NW
                        Washington, D.C. 20001

22                          Tel.: (202) 942-5000

23                          Fax: (202) 942-5999
                        Email: david.weiner@arnoldporter.com

24

25

26

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION
C20-982 TSZ

5

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ARNOLD & PORTER KAYE SCHOLER LLP
Christopher M. Odell*
700 Louisiana St., Suite 4000
Houston, TX 77002
Tel.: (713) 576-2400
Fax: (713) 576-2499
christopher.odell@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
Katie J.L. Scott*
3000 El Camino Real, 5 Palo Alto Sq. Suite 500
Palo Alto, CA 94022
Tel.: (650) 319-4500
Fax: (650) 319-4700
Email: katie.scott@arnoldporter.com

*Application to appear pro hac vice pending

Attorneys for Defendants,
Carnival Corporation and Carnival plc

**ORDER**

PURSUANT TO THE STIPULATION, THE COURT ORDERS that the deadline for

Plaintiffs to file a motion for class certification under LCR 32(i)(3) is extended to sixty (60) days

after the Court issues it ruling on Defendants' Motion to Dismiss. (Dkt. 50.)

DATED: December 16, 2020

_____
Thomas S. Zilly
United States District Court Judge

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO FILE MOTION FOR CLASS
CERTIFICATION
C20-982 TSZ

6

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 ● FAX 206.682.2992