UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEONARD C LINDSAY,

        Plaintiff,

  v.

CARNIVAL CORPORATION,

        Defendant.

C20-982 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The parties are DIRECTED to file a revised Joint Status Report, not to exceed five (5) pages, by March 1, 2021.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 12th day of February, 2021.

                      William M. McCool
                      Clerk

                      s/Gail Glass
                      Deputy Clerk

MINUTE ORDER - 1