1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

13

14

LEONARD C. LINDSAY and CARL
E.W. ZEHNER,

                    Plaintiff,

            v.

CARNIVAL CORPORATION;
CARNIVAL PLC; and HOLLAND
AMERICA LINE N.V., d/b/a
HOLLAND AMERICA LINE N.V.
LLC,

                    Defendants.

C20-982 TSZ

MINUTE ORDER

15

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

16

17

        (1)    The Parties' Stipulation to Extend Time for Disclosure of Expert Testimony
and Related Dates, docket no. 76, is GRANTED.  The Court issues the following
amended schedule:

18

19

20

        Expert Witness Disclosure/Reports under          October 15, 2021
        FRCP 26(a)(2) due by

        Motions due by                                    November 8, 2021

        Discovery completed by                            December 15, 2021

21

22

23

MINUTE ORDER - 1

Dispositive Motions due by                                    January 17, 2022
  and noted on the motions calendar no later
  than the fourth Friday thereafter (see LCR 7(d))

Motions related to expert witnesses                          January 24, 2022
(e.g., Daubert motion) due by
  and noted on the motions calendar no later
  than the third Friday thereafter (see LCR 7(d))

     All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 60, shall remain in full force and effect.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 9th day of August, 2021.


                             Ravi Subramanian
                             Clerk

                             s/Gail Glass
                             Deputy Clerk